**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jeffrey J. Paulson and Joan M. Paulson <br> <u>Debtor(s)</u> | BKY. NO. 13-03940 JJT <br><br> CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7102

                                              Respectfully submitted,

                                              <u>**/s/ Thomas Puleo**</u>
                                              Thomas Puleo, Esquire
                                              James C. Warmbrodt, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406
                                              Attorney for Movant/Applicant