Certificate Number: 14912-PAM-DE-028528147

Bankruptcy Case Number: 13-03940



14912-PAM-DE-028528147

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 22, 2016, at 8:48 o'clock PM EST, Jeffrey Paulson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 22, 2016     By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor