```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 13-03940-JJT
Jeffrey J. Paulson                                              Chapter 13
Joan M. Paulson
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5        User: AGarner              Page 1 of 2         Date Rcvd: Sep 01, 2017
                            Form ID: 3180WJO1          Total Noticed: 49
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2017.
```
db/jdb       +Jeffrey J. Paulson,   Joan M. Paulson,   331 Oakmont Lane,   Mountain Top, PA 18707-9224
4417862      +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
4354868      +BCC Financial Mgmt. Service,   P. O. Box 590097,   Fort Lauderdale, FL 33359-0097
4354869     ++++CAC FINANCIAL CORP.,   2601 NW EXPRESSWAY STE 1000E,   OKLAHOMA CITY OK 73112-7236
              (address filed with court: CAC Financial Corp.,   2601 NW Expressway,   Suite 1000 East,
               Oklahoma City, OK 73112-6070)
4416383      +CAPITAL ONE, N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
4354873      +Capital One Retail Services,   P. O. Box 71106,   Charlotte, NC 28272-1106
4354878      +Citizens Bank,   1 Citizens Drive,   Riverside, RI 02915-3000
4354881      +David M. Gregory, Esquire,   307 Erie Street,   Honesdale, PA 18431-1137
4354884      +Edward Abrahamsen & Assoc.,   120 N. Keyser Ave.,   Scranton, PA 18504-9701
4354887       Geisinger Health System,   P. O. Box 27727,   Newark, NJ 07101-7727
4354888      +Gittens Disposal Service,   P. O. Box 133,   Mountain Top, PA 18707-0133
4354890      +HSBC,   P. O. Box 71104,   Charlotte, NC 28272-1104
4354889      +Heller's Gas,   459 Ridge Street,   Bloomsburg, PA 17815-3371
4354866      +Law Office of David J Harris,   67-69 Public Square Suite 700,   Wilkes-Barre, PA 18701-2515
4415920     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE LLC,   PO Box 619096,   Dallas, TX 75261-9741)
4354893      +Nationstar Mortgage,   P. O. Box 650783,   Dallas, TX 75265-0783
4354894       PPL Electric Utilities,   Customer Services,   2 North 8th Street CPC-GENN1,
               Allentown, PA 18101-1175
4354864      +Paulson Jeffrey J,   331 Oakmont Lane,   Mountain Top, PA 18707-9224
4354865      +Paulson Joan M,   331 Oakmont Lane,   Mountain Top, PA 18707-9224
4354895      +RBS Citizens,   RJW214,   P. O. Box 7000,   Providence, RI 02940-7000
4354897      +Wilkes-Barre General Hospital,   P. O. Box 630958,   Cincinnati, OH 45263-0958
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +EDI: PRA.COM Sep 01 2017 18:58:00      PRA Receivables Management, LLC,   POB 41067,
               Norfolk, VA 23541-1067
4404454      +E-mail/Text: bncmail@w-legal.com Sep 01 2017 18:56:07      ALTAIR OH XIII, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4354877       EDI: CITICORP.COM Sep 01 2017 18:58:00      Citi Cards,   P. O. Box 183113,
               Columbus, OH 43218-3113
4354867       EDI: CITICORP.COM Sep 01 2017 18:58:00      AT&T Universal Card,   P. O. Box 183113,
               Columbus, OH 43218
4354871      +EDI: CAPITALONE.COM Sep 01 2017 18:58:00      Capital One,   4851 Cox Road,
               Glen Allen, VA 23060-6293
4354870       EDI: CAPITALONE.COM Sep 01 2017 18:58:00      Capital One,   P. O. Box 30281,
               Salt Lake City, UT 84130-0281
4354872       EDI: CAPITALONE.COM Sep 01 2017 18:58:00      Capital One Bank (USA), N.A.,   P. O. Box 71083,
               Charlotte, NC 28272-1083
4354875       EDI: CHASE.COM Sep 01 2017 18:58:00      Chase,   Card Member Services,   P. O. Box 15153,
               Wilmington, DE 19886-5153
4354876       EDI: CHASE.COM Sep 01 2017 18:58:00      Chase CardMember Services,   P. O. Box 15153,
               Wilmington, DE 19886-5153
4416249      +EDI: CITICORP.COM Sep 01 2017 18:58:00      Citibank, N.A.,   701 East 60th Street North,
               Sioux Falls, SD 57104-0493
4354879       EDI: CRFRSTNA.COM Sep 01 2017 18:58:00      Credit First NA,   BK-15/Credit Operations,
               P. O. Box 81410,   Cleveland, OH 44181-0410
4381013      +EDI: CRFRSTNA.COM Sep 01 2017 18:58:00      Credit First NA,   Po Box 818011,
               Cleveland, OH 44181-8011
4354882       EDI: DIRECTV.COM Sep 01 2017 18:58:00      DIRECTTV,   Corporate Headquarters,   P. O. Box 6550,
               Greenwood Village, CO 80155-6550
4354883       EDI: DISCOVER.COM Sep 01 2017 18:58:00      Discover,   P. O. Box 71084,
               Charlotte, NC 28272-1084
4357750       EDI: DISCOVER.COM Sep 01 2017 18:58:00      Discover Bank,   DB Servicing Corporation,
               PO Box 3025,   New Albany, OH 43054-3025
4396589       E-mail/Text: bankruptcynotification@ftr.com Sep 01 2017 18:56:22      Frontier Communications,
               Bankruptcy Dept,   19 John St,   Middletown, NY 10940
4354885       E-mail/Text: bankruptcynotification@ftr.com Sep 01 2017 18:56:22      Frontier Communications,
               P. O. Box 20550,   Rochester, NY 14602-0550
4354886      +EDI: RMSC.COM Sep 01 2017 18:58:00      GECRB/Sam's Club,   P. O. Box 965005,
               Orlando, FL 32896-5005
4354891       EDI: CBSKOHLS.COM Sep 01 2017 18:58:00      Kohl's Payment Center,   P. O. Box 2983,
               Milwaukee, WI 53201-2983
4844205      +EDI: RESURGENT.COM Sep 01 2017 18:58:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587,   LVNV Funding LLC,
               c/o Resurgent Capital Services 29603-0587
4844204       EDI: RESURGENT.COM Sep 01 2017 18:58:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
4354892       EDI: RMSC.COM Sep 01 2017 18:58:00      Lowe's/GECRB,   P. O. Box 530914,
               Atlanta, GA 30353-0914
```

```
District/off: 0314-5          User: AGarner                Page 2 of 2           Date Rcvd: Sep 01, 2017
                              Form ID: 3180WJO1            Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4390743        EDI: PRA.COM Sep 01 2017 18:58:00      Portfolio Recovery Associates, LLC,   POB 12914,
                Norfolk VA 23541
4508895        EDI: PRA.COM Sep 01 2017 18:58:00      Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk, VA 23541
4508896        EDI: PRA.COM Sep 01 2017 18:58:00      Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
4387638        EDI: Q3G.COM Sep 01 2017 18:58:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA 98083-0788
4354896        EDI: SEARS.COM Sep 01 2017 18:58:00     Sears Credit Cards,   P. O. Box 183082,
                Columbus, OH  43218-3082
4354874        EDI: USBANKARS.COM Sep 01 2017 18:58:00     Cardmember Services,   P. O. Box 790408,
                St. Louis, MO  63179
                                                                                             TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
                Greenville, SC  29603-0587
4354880        ##+Cross Valley Federal Credit Union,   P. O. Box 597,   Wilkes-Barre, PA 18703-0597
                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                        Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              David J. Harris    on behalf of Debtor Jeffrey J. Paulson dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              David J. Harris    on behalf of Joint Debtor Joan M. Paulson dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              David M. Gregory    on behalf of Creditor   Cross Valley Credit Union dmglaw@ptd.net,
               nicklaw@ptd.net
              Joshua I Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jeffrey J. Paulson** | Social Security number or ITIN xxx–xx–5914 |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Joan M. Paulson** | Social Security number or ITIN xxx–xx–1452 |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **5:13–bk–03940–JJT** | |

## Order of Discharge                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffrey J. Paulson
aka Jeffrey John Paulson

**By the court:** *[signature]*

September 1, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180WJO1                    **Chapter 13 Discharge**                    page 1

Case 5:13-bk-03940-JJT   Doc 61   Filed 09/03/17   Entered 09/04/17 00:52:44   Desc
Imaged Certificate of Notice    Page 3 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**